UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cr-20403-WPD/LSS
21 U.S.C. § 963
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

DAIRO ANTONIO USUGA-DAVID,
    a/k/a "Otoniel,"
    a/k/a "Mao,"
    a/k/a "Mauricio,"
JAIRO DE JESUS DURANGO RESTREPO,
    a/k/a "Gua Gua,"
ROBERTO VARGAS GUTIERREZ,
    a/k/a "Gavilan,"
ARISTIDES MANUEL MESA PAEZ,
    a/k/a "El Indio,"
ALVERIO FEO ALVARADO,
    a/k/a "Benevides,"
OSCAR DAVID PULGARIN-GANAN,
    a/k/a "Niño,"
    a/k/a "Coroso," and
RAMIRO CARO-PINEDA,
    a/k/a "Nolasco,"
    a/k/a "Hugo,"
CESAR DANIEL ANAYA MARTINEZ,
    a/k/a "Tierra," and
EDUARDO LUIS VARGAS GUTIERREZ,
    a/k/a "Pipon,"



FILED BY RB
Jun 4, 2015
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Miami

    Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

Beginning at least as early as in and around 2002, the exact date being unknown to the Grand Jury, and continuing through the date of the return of this Indictment, in the countries of

Colombia, Venezuela, Ecuador, Guatemala, Panama, Honduras, Costa Rica, Nicaragua, Mexico, and elsewhere, the defendants,

**DAIRO ANTONIO USUGA-DAVID,**
a/k/a "Otoniel,"
a/k/a "Mao,"
a/k/a "Mauricio,"
**JAIRO DE JESUS DURANGO RESTREPO,**
a/k/a "Gua Gua,"
**ROBERTO VARGAS GUTIERREZ,**
a/k/a "Gavilan,"
**ARISTIDES MANUEL MESA PAEZ,**
a/k/a "El Indio,"
**ALVERIO FEO ALVARADO,**
a/k/a "Benevides,"
**OSCAR DAVID PULGARIN GANAN,**
a/k/a "Niño,"
a/k/a "Coroso," and
**RAMIRO CARO-PINEDA,**
a/k/a "Nolasco,"
a/k/a "Hugo,"
**CESAR DANIEL ANAYA MARTINEZ,**
a/k/a "Tierra," and
**EDUARDO LUIS VARGAS GUTIERREZ,**
a/k/a "Pipon,"

did knowingly and willfully combine, conspire, confederate, and agree with each other and persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

With respect to all defendants, the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five (5) kilograms or more of a mixture and substance

containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B).

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **DAIRO ANTONIO USUGA-DAVID,** a/k/a "Otoniel," a/k/a "Mao," a/k/a "Mauricio," **JAIRO DE JESUS DURANGO RESTREPO,** a/k/a "Gua Gua," **ROBERTO VARGAS GUTIERREZ,** a/k/a "Gavilan," **ARISTIDES MANUEL MESA PAEZ,** a/k/a "El Indio," **ALVERIO FEO ALVARADO** a/k/a "Benevides," **OSCAR DAVID PULGARIN GANAN,** a/k/a "Niño," a/k/a "Coroso," **RAMIRO CARO-PINEDA,** a/k/a "Nolasco," a/k/a "Hugo," **CESAR DANIEL ANAYA MARTINEZ,** a/k/a "Tierra," and **EDUARDO LUIS VARGAS GUTIERREZ,** a/k/a "Pipon," have an interest.

2. Upon conviction of the violation alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of such violation and any property which the defendants used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_*signature*_, Chief, Crim. Div.
for WIFREDO A. FERRER
UNITED STATES ATTORNEY

_*signature*_
MICHAEL B. NADLER
ASSISTANT UNITED STATES ATTORNEY

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| DAIRO ANTONIO USUGA-DAVID,<br>   a/k/a "Otoniel,"<br>   a/k/a "Mao,"<br>   a/k/a "Mauricio," et al., | **CERTIFICATE OF TRIAL ATTORNEY*** |
| _____ Defendants./ | **Superseding Case Information:** |

**Court Division**: (Select One)

  X  Miami      ____ Key West
  ____ FTL      ____ WPB      ____ FTP

New Defendant(s)    Yes ____  No ____
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   YES
   List language and/or dialect   SPANISH

4. This case will take   21   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days  ____
   - II  6 to 10 days  ____
   - III  11 to 20 days  ____
   - IV  21 to 60 days   X
   - V  61 days and over  ____

   (Check only one)
   - Petty  ____
   - Minor  ____
   - Misdem.  ____
   - Felony   X

6. Has this case been previously filed in this District Court? (Yes or No) ____
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   no
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the District of

   Is this a potential death penalty case? (Yes or No)   NO

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ____  No  x

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ____  No  x

                                  _____
                                  Michael B. Nadler
                                  ASSISTANT UNITED STATES ATTORNEY
                                  Florida Bar No./Court No.   0051264

*Penalty Sheet(s) attached                                                              REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: DAIRO ANTONIO USUGA- DAVID

**Case No**: _____

Count #: 1

Conspiracy to Possess with Intent to Distribute a controlled substance knowing it will be imported to the United States

Title 21, United States Code, Section 963

\* **Max. Penalty**: Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: JAIRO DE JESUS DURANGO RESTREPO

**Case No**: _____

Count #: 1

Conspiracy to Possess with Intent to Distribute a controlled substance knowing it will be imported to the United States

Title 21, United States Code, Section 963

* **Max. Penalty**: Life Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: ROBERTO VARGAS GUTIERREZ

**Case No**: _____

Count #: 1

Conspiracy to Possess with Intent to Distribute a controlled substance knowing it will be imported to the United States

Title 21, United States Code, Section 963

\* **Max. Penalty**: Life Imprisonment

---

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ARISTIDES MANUEL MESA PAEZ

**Case No**: _____

Count #: 1

Conspiracy to Possess with Intent to Distribute a controlled substance knowing it will be imported to the United States

Title 21, United States Code, Section 963

\* **Max. Penalty**: Life Imprisonment

---

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ALVERIO FEO ALVARADO

**Case No**: _____

Count #: 1

Conspiracy to Possess with Intent to Distribute a controlled substance knowing it will be imported to the United States

Title 21, United States Code, Section 963

\* **Max. Penalty**: Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: OSCAR DAVID PULGARIN GANAN

**Case No**:

Count #: 1

Conspiracy to Possess with Intent to Distribute a controlled substance knowing it will be imported to the United States

Title 21, United States Code, Section 963

\* **Max. Penalty**: Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: RAMIRO CARO- PINEDA

**Case No**: _____

Count #: 1

Conspiracy to Possess with Intent to Distribute a controlled substance knowing it will be imported to the United States

Title 21, United States Code, Section 963

* **Max. Penalty**: Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: CESAR DANIEL ANAYA MARTINEZ

**Case No**: _____

Count #: 1

Conspiracy to Possess with Intent to Distribute a controlled substance knowing it will be imported to the United States

Title 21, United States Code, Section 963

\* **Max. Penalty**: Life Imprisonment

---

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: EDUARDO LUIS VARGAS GUTIERREZ

**Case No**: _____

Count #: 1

Conspiracy to Possess with Intent to Distribute a controlled substance knowing it will be imported to the United States

Title 21, United States Code, Section 963

\* **Max. Penalty**: Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.